**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JIMENEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:15-cv-01905-SMS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 12) |

On July 19, 2016, the parties filed a joint stipulation of dismissal, with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A) provides:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Because the filed stipulation of dismissal was signed by all parties who have appeared, this case has terminated.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light of the parties' stipulation of dismissal with prejudice.

IT IS SO ORDERED.

Dated: __**July 20, 2016**__          __**/s/ Sandra M. Snyder**__
                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28